UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COLLYER SMITH, *individually and on behalf of all those similarly situated*,<br><br>*Plaintiff*,<br><br>vs.<br><br>GOLDEN RULE INSURANCE COMPANY, SAVVYSHERPA ADMINISTRATIVE SERVICES, LLC, and UNITED HEALTHCARE SERVICES, INC.,<br><br>*Defendants*. | No. 1:20-cv-02066-JMS-TAB |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Date: 5/13/2022

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___*[signature]*___
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**